IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:02-CR-221-1-BO(3)



| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KASHEILA SMITH, | ) | |

Upon notice of the government that respondent has violated the conditions of her release, and upon finding probable cause to believe that respondent has failed to comply with prescribed regimen of medical, psychiatric or psychological treatment, the court hereby ORDERS that, pursuant to 18 U.S.C. § 4243(g), a bench warrant issue and respondent be immediately taken into custody. Respondent is currently under supervision of the United States Probation Office in the Eastern District of North Carolina.

As the Federal Medical Center, Carswell, Texas, is able to house Respondent and is capable of conducting a videoconference hearing pursuant to 18 U.S.C. 4243(g), the Court RECOMMENDS that the Bureau of Prisons designate Respondent to FMC Carswell, until a final order in this matter issues.

The United States Marshal is further DIRECTED to notify this Court when Respondent is taken into custody, whereupon a hearing will be set to determine whether Respondent should be remanded to a suitable facility on the ground that her continued release would create a substantial risk of bodily injury to another person or serious damage to the property of another.

This 15 day of April, 2011.

                                                               _____
                                                               TERRENCE W. BOYLE
                                                               United States District Judge