IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:02-CR-221-1-BO(3)

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | ORDER |
| KASHEILA SMITH, | ) | |

On 18 March 2003, defendant was committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4243(e). By order dated 20 November 2007, defendant was conditionally discharged pursuant to 18 U.S.C. § 4243(f)(2). On 26 May 2011, this Court held a hearing on the Government's motion to revoke defendant's conditional discharge.

For the reasons stated at the conclusion of the hearing, the Court finds that defendant has failed to comply with the prescribed regimen of medical, psychiatric, or psychological care or treatment, and that in light of her failure to comply with such care or treatment, her continued conditional discharge would create a substantial risk of bodily injury to another person or serious damage to property of another.

Accordingly, defendant's conditional discharge is hereby REVOKED, and it is

ORDERED that defendant be remanded to the custody of the Attorney General for placement in a suitable facility pursuant to 18 U.S.C. § 4243(g).

This 29 day of May, 2011.

                                                       TERRENCE W. BOYLE
                                                       United States District Judge