IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:02-CR-221-BO - 1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| KASHEILA SMITH | ) | |

This matter comes before the Court because the Warden, Federal Medical Center (FMC) Carswell issued a Certificate of Recovery on December 4, 2013. Pursuant to 18 U.S.C. § 4243(f), it is the Warden's opinion that defendant's unconditional release no longer creates a substantial risk of bodily injury to another person or serious damage to property of another. The Court therefore finds that an order of unconditional release is appropriate in this case.

WHEREFORE, the Warden, FMC Carswell is hereby Ordered to release Kasheila Smith without conditions, as soon as the Warden can arrange suitable release and transportation to this district.

This ____4____ day of February, 2014.

TERRENCE W. BOYLE
United States District Judge